Ronald L. Richman (SBN 139189)
Tracy L. Mainguy (SBN 174928)
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA  94104-4146
Telephone:  415.352.2700
Facsimile:  415.352.2701
Email: ron.richman@bullivant.com
       tracy.mainguy@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br>　　　　　　Plaintiffs, <br><br>　　vs. <br><br>CEIBAS ENTERPRISE, INC., a California corporation, dba SEXYTREES.COM, <br><br>　　　　　　Defendant. | Case No.:  4:24-cv-01696-KAW <br><br> **REQUEST FOR CLERK'S ENTRY OF DEFAULT** |

1  TO: DEFENDANT CEIBAS ENTERPRISE, INC., A CALIFORNIA CORPORATION,
2  DBA SEXYTREES.COM ("CEIBAS ENTERPRISE"):

3  Plaintiffs hereby request that the Clerk of Court enter the default of defendant Ceibas
4  Enterprise in this action.

5  The Request for Clerk's Entry of Default is made on the ground that on April 16, 2024,
6  plaintiffs filed their First Amended Complaint for Breach of Collective Bargaining Agreement;
7  To Recover Unpaid Trust Fund Contributions; and for Mandatory Injunction. [Dkt. 9.]
8  Defendant Ceibas Enterprise is a California corporation.  The California Secretary of State
9  Website, Corporations, identifies Alexander Jouse Llamas as its CEO, Secretary, CFO and
10 Agent for Service of Process, all at the following address: 2414 Exbourne Creek (the actual
11 address is 2414 Exbourne *Court*), Walnut Creek, CA 94596.  See **Exhibit A** to the Declaration
12 of Ronald L. Richman in Support of Request for Clerk's Entry of Default.

13 The address for Agent for Service of Process, Alexander Jouse Llamas, 2414 Exbourne
14 Court, Walnut Creek, CA 94596, is a residential property.  Because of the difficulty with
15 serving Alexander Jouse Llamas, plaintiffs retained the service of a private investigator, Wheels
16 of Justice.  On June 24, 2024, substituted service was made at the residence, the location
17 identified for purposes of service of process, 2414 Exbourne Court, Walnut Creek, CA 94596,
18 by serving Mr. Llamas's father, an individual at the residence that identified himself as the
19 "Father of Alexander".  In addition, a copy of the summons and first amended complaint was
20 also mailed, first class mail, to the location identified for purposes of service of process,
21 2414 Exbourne Court, Walnut Creek, CA 94596.  See Declaration of Service of Process
22 [Dkt. 13].

23 The last date for filing and serving a responsive pleading lapsed on July 28, 2024.  A
24 responsive pleading has not been filed.  See Declaration of Ronald L. Richman in Support of
25 Request for Clerk's Entry of Default at ¶¶3-5.

26 ///
27 ///
28 ///

1  Based on the above, plaintiffs respectfully request that the Clerk of Court issue the
2  default of defendant Ceibas Enterprise, Inc.
3  DATED:  August 20, 2024

          BULLIVANT HOUSER BAILEY PC

          By  _____
              Ronald L. Richman
              Tracy L. Mainguy

          Attorneys for Plaintiffs

**PROOF OF SERVICE**
*Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, et al. v. Ceibas Enterprise, Inc., dba Sexytrees.com*
**U.S.D.C. (N.D. Cal.) No. 4:24-cv-01696-KAW**

I am employed in the City and County of San Francisco by the law firm of Bullivant Houser Bailey ("the business"), 101 Montgomery Street, Suite 2600, San Francisco, CA 94104. I am over the age of eighteen (18) and not a party to this action. On August 20, 2024, I served the document entitled:

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**

upon the following party:

> ALEXANDER JOUSE LLAMAS,
> Agent for Service of Process for
> Ceibas Enterprise, Inc., dba Sexytrees.com
> 2414 Exbourne Court J
> Walnut Creek, CA   94596

**(x)** **BY MAIL (CCP §1013(a))**: I am readily familiar with the ordinary practice of the business with respect to the collection and processing of correspondence for mailing with the United States Postal Service. I placed a true and correct copy of the above-titled document in an envelope addressed as above, with first class postage thereon fully prepaid. I sealed the aforesaid envelope and placed it for collection and mailing by the United States Postal Service in accordance with the ordinary practice of the business. Correspondence so placed is ordinarily deposited by the business with the United States Postal Service on the same day.

**( )** **BY EMAIL OR ELECTRONIC TRANSFER (CCP §1010.6(a))**: Pursuant to agreement between the parties, I caused a copy of the document to be sent from e-mail address roberta.beach@bullivant.com to the person at the e-mail address listed in the service list. I did not, within a reasonable time after the transmission, receive any electronic message or other indication that the transmission was unsuccessful.

**( )** **BY FACSIMILE TRANSMISSION (CCP §1013(e), CRC 2.306)**: I transmitted the document by facsimile transmission by placing it in a facsimile machine (telephone number 415-352-2701) and transmitting it to the facsimile machine telephone number listed above. A transmission report was properly issued by the transmitting facsimile machine. The transmission was reported as complete and without error. A true and correct copy of the transmission report is attached hereto.

**( )** **BY OVERNIGHT DELIVERY (CCP §1013(c))**: I am readily familiar with the ordinary practice of the business with respect to the collection and processing of correspondence for mailing by Express Mail and other carriers providing for overnight delivery. I placed a true and correct copy of the above-titled document in an envelope addressed as above, with first class postage thereon fully prepaid. I sealed the aforesaid envelope and placed it for collection and mailing by Express Mail or other carrier for overnight delivery in accordance with the ordinary practice of the business. Correspondence so placed is ordinarily deposited by the business with Express Mail or other carrier on the same day.

**( )** **BY PERSONAL SERVICE UPON AN ATTORNEY (CCP §1011(a))**: I placed a true and correct copy of the above-titled document in a sealed envelope addressed as indicated above. I delivered said envelopes by hand to a receptionist or a person authorized to accept

same at the address on the envelope, or, if no person was present, by leaving the envelope in a conspicuous place in the office between the hours of nine in the morning and five in the afternoon.

**( )** **BY MESSENGER SERVICE**: I placed a true and correct copy of the above-entitled document in a sealed envelope addressed as indicated above and provided it to a professional messenger service for delivery during normal business hours on this date.

**( )** **BY PERSONAL SERVICE UPON A PARTY (CCP §1011(b))**: I placed a true and correct copy of the above-titled document in a sealed envelope addressed as indicated above. I delivered each envelope by hand to a person of not less than eighteen (18) years of age at the address listed on the envelope, between the hours of eight in the morning and six in the evening.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on August 20, 2024, at San Francisco, California.

*/s/ Roberta C. Beach*
ROBERTA C. BEACH

*****